874

DECEMBER 2, 1948.

No. 244, Misc.   WHEELER v. REID, SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Motion for reconsideration of the order denying stay of execution also denied.   *James J. Laughlin* for petitioner.

DECEMBER 6, 1948.

No. 263.   WIXMAN v. UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted.   The judgment of the Court of Appeals affirming the judgment of the District Court is reversed for the reason that there is insufficient evidence in the record to support it.   The judgment of the District Court is vacated and the case is remanded to that court for further proceedings.   *A. L. Wirin* and *Fred Okrand* for petitioner.   *Solicitor General Perlman* filed a memorandum for the United States suggesting that certiorari issue and that, without further argument, the judgment below be reversed and the cause remanded to the District Court.   Briefs of *amici curiae* supporting the petition were filed by *Charles A. Horsky, Julien Cornell, Osmond K. Fraenkel* and *Arthur Garfield Hays* for the American Civil Liberties Union; *Robert W. Kenney* for the National Lawyers Guild et al.; and *Isaac Pacht, Clore Warne, Irving Hill, Shad Polier, William Maslow* and *Joseph B. Robison* for the American Jewish Congress.